**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00152-CV

### LINDA HART, Appellant

### V.

### AHEAD OF THE REST PLUMBING, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12160**

## ORDER

Before this Court is appellant's March 11, 2015 "Brief in support of mandamus and motion to add parties and claims for just adjudication due to nexus of parties, transactions, series of transactions, patterns of behavior and legal issues." We **DENY** the motion.

/s/     ELIZABETH LANG-MIERS
            JUSTICE